BOROUGH OF TENAFLY, PLAINTIFF-RESPONDENT, v.
HENRY TENSE *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. Milton T. Lasher* for the petitioners.

*Mr. Jacob Schneider* and *Mr. Irving C. Evers* for the cross-petitioner.

*Messrs. Morrison, Lloyd & Griggs* and *Mr. Arthur J. Simpson, Jr.,* for the respondent.

February 8, 1960.  Denied.

ALEXIS TURPAN *ET AL.*, PLAINTIFFS-PETITIONERS, v.
ELLIOT MERRIMAN *ET AL.*, DEFENDANTS-RESPOND-
ENTS.

See same case below: 57 *N. J. Super.* 590.

*Messrs. Cummis & Kroner* for the petitioners.

*Messrs. Reid & Flaherty* for the respondents.

February 8, 1960.  Denied.